## Case No. 646.

### The AUGUSTA.

### SMITH v. The AUGUSTA.

[2 Adm. Rec. 273.]

Superior Court, S. D. Florida. May 29, 1839.

PILOTS— PILOTAGE IN NATURE OF SALVAGE—COMPENSATION.

[A brig which, with its cargo, was valued at $12,000, got in among certain dangerous shoals, off the Florida coast, during very stormy weather, and came to anchor; and a wrecker in his vessel piloted her into port with considerable danger to himself and vessel. *Held*, that the wrecker should be awarded $900 for pilot services in the nature of salvage, as such services, when rendered by wreckers under extraordinary circumstances, should be liberally rewarded.]

[Cited in The Calcutta, Case No. 2,298, and in Curry v. The Loch Goil, Case No. 3,-495.]

[In admiralty. Libel by John P. Smith against the brig Augusta and cargo for pilot services in the nature of salvage services. Decree for libellant.

[The brig and cargo, valued at about $12,-000, during very stormy and violent weather, got in among the Washerwoman shoals, and came to anchor; and libellant, in his sloop Reform, under circumstances of considerable danger to himself and sloop, piloted her to the port Key West.]

Charles Walker, proctor for libellant.
Adam Gordon, proctor for respondent.

MARVIN, J. The libellant in this case is not entitled to salvage eo nomine, as salvage is only decreed for saving property exposed to certain and imminent marine perils, or for such perils as create a reasonable probability that if the property be not rescued by foreign assistance it will be lost. I am not satisfied in this case of the certainty of the perils. But the libellant is entitled to a liberal compensation for his services, and which should be so great as to induce the rendition of like services under like circumstances. I shall decree the

sum of nine hundred dollars as a reasonable compensation to the libellant for his services; which is to be paid to the libellant in the molasses of the cargo, at the rate of 20 cents a gallon, duties paid; and the molasses may be redeemed by the master by his paying the salvage in money, or any part thereof, at the rate of 20 cents a gallon.

The clerk will make up the decree in form.